# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Mary Ellen Morgan

                        Plaintiff,

v.                                                                       Case No.: 1:21–cv–00044

                                                                        Honorable Manish S. Shah

The Allstate Corporation, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 24, 2021:

      MINUTE entry before the Honorable Manish S. Shah: Plaintiffs have filed a consolidated amended complaint in case number 20–cv–6463. All future filings will be on the docket for that case. This case is closed. Terminate civil case.Civil case terminated. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.